Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

_____ Division

| | |
|---|---|
| RICHARD BROWN <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> DISCOVER <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☐ Yes  ☑ No |

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | RICHARD BROWN |
   | Street Address | 86 Pershing Street |
   | City and County | Cranston |
   | State and Zip Code | Rhode Island 02910 |
   | Telephone Number | 401-442-0197 |
   | E-mail Address | Recnbrown@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1

| | |
|---|---|
| Name | DISCOVER |
| Job or Title (if known) | CFO |
| Street Address | 2500 Lake Cook Rd |
| City and County | Riverwoods |
| State and Zip Code | Illinois 60015 |
| Telephone Number | 1-800-347-2683 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* RICHARD BROWN, is a citizen of the State of *(name)* RHODE ISLAND.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* DISCOVER, is incorporated under the laws of the State of *(name)* DELAWARE, and has its principal place of business in the State of *(name)* ILLINOIS.

   Or is incorporated under the laws of *(foreign nation)* _____,

   and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The defendant has breached their fiduciary duty through non-performance. The plaintiff is seeking a civil money penalty fine under Federal Reserve Act section 29 D, for violations of teir 1, 2, and 3. Opting for te for one million($1,000,000.00) per day as such violation continues. (Please see additional pages)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* RICHARD BROWN, and the defendant, *(name)* DISCOVER, made an agreement or contract on *(date)* 01/19/2019. The agreement or contract was *(oral or written)* Written. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

1) On or about January 19th 2019, The plaintiff submitted a security collateral opening up a credit account and contract.
2) On August 5th the defendant received notice that the plaintiff is coming forth on behalf of the principal and his instructions moving forward with the account. ( Please see additional pages)

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

The defendant manages the account. The defendant is obligated to perform and make transfers..
(Please see additional pages)

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff asks the court to order the defendant to follow the instructions originally given, which were to allow the plaintiff to utilize the credits owed within the contract and apply the principals balance to the principals account for set off on each billing cycle for the entirety of the contract. Otherwise, the plaintiff would like to enforce the appropriate civil money penalty. This has been a pattern breach, and it is currently known and continuing. Under section 29 of the Federal Reserve Act, this is a Tier 3 civil money penalty that accrues at one million dollars day as the violation continues. As of today, the penalty amounts to sixteen million dollars (16,000,000.00).

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/26/2023

Signature of Plaintiff: *Rll B*

Printed Name of Plaintiff: Richard Brown

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Print   Save As...   Add Attachment   Reset

Complaint Additional Pages

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Richard Brown
  Plaintiff
      -Vs-

Discover
  Defendant

**<u>Amount in controversy</u>**

3) On August 15th the defendant received a set of letters from the plaintiff including an endorsed bill, claiming the interest and equity in the contract and instructions to transfer the credits back to the account for set-off.

4) On August 25th the defendant received a second claim with the same instructions for an opportunity to cure.

5) On September 5th the defendant received a third claim with the same instructions for a default judgment.

## The defendant failed to comply because…

1) The defendant's obligation includes managing the account for the plaintiff including but not limited to following instructions and applying credits to the account.

2) The defendant was given a deadline of five (5) business days with each notice of claim and did not respond.

3) Nor did the defendant perform. The account is taking effect due to the defendant's non-performance.

4) The plaintiff's right to credit is being violated. The defendant has impeded the plaintiffs life liberty and pursuit of happiness. To date the defendant has ignored the plaintiff and his instructions.

## Relief

The plaintiff asks the court to order the defendant to follow the instructions originally given, which were to allow the plaintiff to utilize the credits owed within the contract and apply the principals balance to the principals account for set off on each billing cycle for the entirety of the contract. Otherwise, the plaintiff would like to enforce the appropriate civil money penalty. This has been a pattern breach, is currently known and continuing.

Complaint Additional Pages

Under section 29 of the Federal Reserve Act this is a Tier 3 civil money penalty that accrues at one million dollars per day as the violation continues. As of today, the penalty amounts to sixteen million dollars (16,000,000.00).

*[signature]*