UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| Richard Brown., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:23-CV-00396-MSM-PAS |
| | ) |
| Discover | ) |
| | ) |
| Defendant | ) |
| | ) |

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Text Order of 3/25/24.


Enter:

/s/ Carrie L. Potter
Deputy Clerk

Dated: 3/25/2024